1  Jordan T. Smith, Esq., Bar No. 12097
   jts@pisanellibice.com
2  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
3  Las Vegas, NV  89101
   Telephone:  702.214.2100
4  Facsimile:   702.214.2101

5  *Attorneys for Defendant*
   *Mary Jane's CBD Dispensary, Inc.*

6

7

8                    **UNITED STATES DISTRICT COURT**

                          **DISTRICT OF NEVADA**
9

10

11  SHELLI KELLER, individually and on behalf      CASE NO.:  2:20-cv-01207-RFB-DJA
    of all others similarly situated,
12                                                 **STIPULATION AND ORDER FOR**
                              Plaintiff,           **EXTENSION OF TIME FOR**
13  v.                                             **DEFENDANT TO RESPOND TO THE**
                                                   **COMPLAINT**
14  MARY JANE'S CBD DISPENSARY, INC.,
    d/b/a MARY JANE'S CBD DISPENSARY,              **(First Request)**
15                            Defendant.

16

17         Defendant Mary Jane's CBD Dispensary, Inc. ("Defendant") and Plaintiff Shelli Keller

18  ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree,

19  pursuant to Local Rules 6-1, 6-2, and 7-1, and subject to this Court's approval, to an extension of

20  time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint (Doc. #1) until

21  August 28, 2020.   The reason for this request is to allow Defendant to investigate Plaintiff's

22  claims, to evaluate the possible resolution of Plaintiff's claims and, if necessary, to respond to the

23  Complaint.

24

25

26

27

28

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, 7TH SUITE 300
LAS VEGAS, NEVADA 89101

1    The parties agree that Defendant shall have an extension of time to answer, move or

2  otherwise respond to Plaintiff's Complaint up to, and including, August 28, 2020.  This is the

3  parties' first request for an extension of this deadline.

4  Dated this 20th day of July, 2020.          Dated this 20th day of July, 2020.

5  PISANELLI BICE PLLC                         KAZEROUNI LAW GROUP, APC

6

7  By:  /s/ Jordan T. Smith                    By:  /s/ Gustavo Ponce
         Jordan T. Smith, Esq., #12097              Gustavo Ponce, Esq. #15084
8        400 South 7th Street, Suite 300            6069 S. Fort Apache Road, Suite 100
         Las Vegas, Nevada  89101                   Las Vegas, Nevada  89148

9  *Attorneys for Defendant Mary Jane's*        *Attorneys for Plaintiff Shelli Keller*
   *CBD Dispensary, Inc.*

10

11

12  **IT IS SO ORDERED:**

13

14  _____
    UNITED STATES MAGISTRATE JUDGE

15  CASE NO..:   2:20-cv-01207-RFB-DJA

16  DATED:  ___July 22, 2020_____

17

18

19

20

21

22

23

24

25

26

27

28

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, 7TH SUITE 300
LAS VEGAS, NEVADA 89101