Jordan T. Smith, Esq., Bar No. 12097
jts@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV  89101
Telephone:   702.214.2100
Facsimile:    702.214.2101

*Attorneys for Defendant*
*Mary Jane's CBD Dispensary, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHELLI KELLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MARY JANE'S CBD DISPENSARY, INC., d/b/a MARY JANE'S CBD DISPENSARY,<br>Defendant. | CASE NO.:  2:20-cv-01207-RFB-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Mary Jane's CBD Dispensary, Inc. ("Defendant") and Plaintiff Shelli Keller ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree, pursuant to Local Rules 6-1, 6-2, and 7-1, and subject to this Court's approval, to an extension of time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint (Doc. #1) until September 11, 2020.

This is the parties' second request. On July 22, 2020, the Court granted the parties' first request and extended the deadline to August 28, 2020. (Doc. #6.) The reason for this additional 14-day extension is to allow the parties to continue their efforts at a possible resolution of the case and, if necessary, for Defendant to prepare and file a response to the Complaint.

Therefore, the parties agree that there is good cause to grant an extension of time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint up to, and including, September 11, 2020.

Dated this 24th day of August, 2020.

PISANELLI BICE PLLC

By: /s/ Jordan T. Smith
    Jordan T. Smith, Esq., #12097
    400 South 7th Street, Suite 300
    Las Vegas, Nevada  89101

*Attorneys for Defendant Mary Jane's CBD Dispensary, Inc.*

Dated this 24th day of August, 2020.

KAZEROUNI LAW GROUP, APC

By: /s/ Gustavo Ponce
    Gustavo Ponce, Esq. #15084
    6069 S. Fort Apache Road, Suite 100
    Las Vegas, Nevada  89148

*Attorneys for Plaintiff Shelli Keller*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

CASE NO..:   2:20-cv-01207-RFB-DJA

DATED:   August 25, 2020