Gustavo Ponce, Esq.
Nevada Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com

*Attorneys for Plaintiff,*
Shelli Keller

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHELLI KELLER, Individually and on behalf of herself and all others similarly situated, | Case No. 2:20-CV-01207-RFB-DJA |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| MARY JANE'S CBD DISPENSARY INC., d/b/a MARY JANE'S CBD DISPENSARY | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled on an individual basis. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to the Putative Class within 60 days. The parties request that all pending dates and filing requirements be vacated and that the court set a deadline on or after February 27, 2020 for filing a Request for Dismissal.

//

//

| | | |
|---|---|---|
| 1 | DATED: December 29, 2020 | **KAZEROUNI LAW GROUP, APC** |
| 2 | | |
| 3 | | By: *s/ Gustavo Ponce* |
| 4 | | Gustavo Ponce, Esq. |
| | | 6069 S Fort Apache, Road, Suite 100 |
| 5 | | Las Vegas, Nevada 89145 |
| | | *Attorneys for Plaintiff* |
| 6 | | |
| 7 | DATED: December 29, 2020 | **KELLEY DRYE & WARREN LLP** |
| 8 | | |
| 9 | | By: */s/ Damon Suden* |
| | | Damon W. Suden, Esq. |
| 10 | | 101 Park Avenue |
| 11 | | New York, NY 10178 |
| | | *Attorneys for Defendant* |

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for the Defendant, and that I have obtained their authorization to affix their electronic signature to this document.

| | | |
|---|---|---|
| 20 | DATED: December 29, 2020 | **KAZEROUNI LAW GROUP, APC** |
| 21 | | |
| 22 | | By: *s/ Gustavo Ponce* |
| | | Gustavo Ponce, Esq. |
| 23 | | 6069 S Fort Apache, Road, Suite 100 |
| | | Las Vegas, Nevada 89145 |
| 24 | | *Attorneys for Plaintiff* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 29, 2020, the foregoing Notice was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
   Gustavo Ponce
   6069 South Fort Apache Road, Suite 100
   Las Vegas, Nevada 89148