Gustavo Ponce, Esq.
Nevada Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com

*Attorneys for Plaintiff,*
Shelli Keller

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHELLI KELLER, Individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARY JANE'S CBD DISPENSARY INC., d/b/a MARY JANE'S CBD DISPENSARY<br><br>Defendant. | Case No. 2:20-CV-01207-RFB-DJA<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Plaintiff Shelli Keller ("Plaintiff) and Defendant Mary Jane's CBD Dispensary Inc., d/b/a Mary Jane's CBD Dispensary, ("Defendant") hereby stipulate to dismiss the above-entitled action with prejudice as to the named Plaintiff and without prejudice as to the putative class, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), each party shall bear his/its own costs.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice as to the named Plaintiff and without prejudice as to the putative class.

| | | |
|---|---|---|
| 1 | DATED: February 25, 2021 | **KAZEROUNI LAW GROUP, APC** |
| 2 | | |
| 3 | | By: */s/ Gustavo Ponce* |
| | | Gustavo Ponce, Esq. |
| 4 | | 6069 S Fort Apache, Road, Suite 100 |
| 5 | | Las Vegas, Nevada 89145 |
| | | *Attorneys for Plaintiff* |
| 6 | | |
| 7 | DATED: February 25, 2021 | **KELLEY DRYE & WARREN, LLP** |

IT IS SO ORDERED:

By: */s/ Damon W. Suden*
    Damon W. Suden, Esq.
    101 Park Avenue
    New York, NY 10178
    *Attorneys for Defendant*

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th day of February, 2021.

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for the Defendant, and that I have obtained their authorization to affix their electronic signature to this document.

DATED: February 25, 2021        **KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
    Gustavo Ponce, Esq.
    6069 S Fort Apache, Road, Suite 100
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiff*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 25, 2021, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
      Gustavo Ponce, Esq.
      6069 S Fort Apache, Road, Suite 100
      Las Vegas, Nevada 89145
      *Attorneys for Plaintiff*